**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORRIS DAJON MILLER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE MORRIS,<br><br>　　　　　　Defendant. | Case No. CV 17-2966 SJO (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 3, 2018

*S. James Otero*

───────────────────────────
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE